IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

              Plaintiff,

    vs.

RIMZHIM H. KASHIKAR,

              Defendant.

**8:23CB9**

**ORDER**

       This matter is before the court on Government's Motion to Dismiss (Filing No. 2). Government's Motion to Dismiss (Filing No. 2) is granted. This case which involves, Violation Notice 9182969-NE14, is dismissed. The Initial Appearance set for 9/26/2023 at 9:00 a.m. in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Susan M. Bazis is canceled.

       Dated this 19th day of September, 2023.

                          BY THE COURT:

                          s/ Susan M. Bazis
                          United States Magistrate Judge